Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

NORTHERN District of OHIO

_____ Division

FILED Rcd

17 MAY 18 PM 12: 48

CLERK US DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

4: 17 CV 1317

Case No. _____

(to be filled in by the Clerk's Office)

JUDGE ADAMS

MAG. JUDGE BURKE

2017 JUN 22 PM 3: 22

FILED

ALI MOSHIR (MOSHIR, ALI)

_____

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

① → GRIEVANCE OFFICER: SGT. SULLIVAN (FEMALE)
② → NORTHEAST OHIO CORRECTIONAL CENTER / NEOCC
③ → CORRECTIONS CORPORATION OF AMERICA / CCA
④ → CORE CIVIC ⑤ → ANY OTHER COULD BE / WOULD BE
                        ADDED AS INVOLVED ENTITY(S)
⑥ → USMS ⑦ → GOVERNMENT / Defendant(s)
                FEDERAL
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

⑧ → MAHONING COUNTY ⑨ OHIO STATE

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page 1 of 11

☆ PLEASE → MAIL ME A COPY OF THIS PREPARED COMPLAINT FORM ☆
☆ PLEASE → DO NOT FILE BEFORE THE COURT HAS APPOINTED LAWYER ☆

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

NORTHERN District of OHIO

_____ Division

**FILED** Recd

17 MAY 18 PM 12:48

CLERK US DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

Case No. **4:17 CV 1317**

_____
(to be filled in by the Clerk's Office)

ALI MOSHIR (MOSHIR, ALI)

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

①→ GRIEVANCE OFFICER: SGT. SULLIVAN (FEMALE)
②→ NORTHEAST OHIO CORRECTIONAL CENTER /NEOCC
③→ CORRECTIONS CORPORATION OF AMERICA /CCA
④→ CORE CIVIC ⑤→ ANY OTHER COULD BE/WOULD BE
ADDED AS INVOLVED ENTITY(S)
⑥→ USMS ⑦→ GOVERNMENT *Defendant(s)*
FEDERAL
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

⑧→ MAHONING COUNTY ⑨ OHIO STATE

JUDGE ADAMS
MAG. JUDGE BURKE

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN
2017 JUN 22 PM 3:22 **FILED**

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    MOSHIR, ALI / ALI MOSHIR

All other names by which you have been known:    N/A

ID Number    UNITED STATES MARSHAL SERVICE #: 26897055

Current Institution    NEOCC

Address    2240 HUBBARD ROAD

YOUNGSTOWN    OHIO    44505

   City      State      Zip Code

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    LAST NAME → SULLIVAN (FEMALE)

Job or Title *(if known)*    SGT. (GRIEVANCE OFFICER / COORDINATOR / ETC.)

Shield Number    NOT KNOWN TO ME, IF ANY!

Employer    I DON'T KNOW.

Address    NEOCC, 2240 HUBBARD ROAD

YOUNGSTOWN    OHIO    44505

   City      State      Zip Code

[✓] Individual capacity    [✓] Official capacity

Defendant No. 2

Name    NORTHEAST OHIO CORRECTIONAL CENTER (NEOCC)

Job or Title *(if known)*

Shield Number

Employer

Address    2240 HUBBARD ROAD

YOUNGSTOWN    OHIO    44505

   City      State      Zip Code

[ ] Individual capacity    [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name _CORRECTIONS CORPORATION OF AMERICA (CCA)_

Job or Title (if known) _____

Shield Number _MAHONING COUNTY + OHIO STATE_

Employer _NO. 8↗_  _NO. 9↗_

Address _____

|  | City | State | Zip Code |
|---|---|---|---|

☐ Individual capacity   ☐ Official capacity

Defendant No. 4

Name _CORE CIVIC, + / &, NO.5 ANY OTHER COULD BE /−_

Job or Title (if known) _WOULD BE ADDED AS INVOLVED ENTITY(s)_

Shield Number _SUCH AS USMS AND GOVERNMENT FEDERAL_

Employer _NO.6↗_  _NO.7↗_

Address _____

|  | City | State | Zip Code |
|---|---|---|---|

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

✡ RESPECTFULLY REQUESTING ✡ COURT, APPOINTED / TO APPOINT, LAWYER !

A. Are you bringing suit against (check all that apply): SPECIALLY AS PREVIOUSLY I HAD, A/MY, CASE NUMBER 16cv6403 (16CV6403) IN NEW YORK-

☐ Federal officials (a *Bivens* claim) WESTERN DISTRICT U.S. COURT(s) DISMISSED, ETC. AT LEAST FOR THEN! DUE TO THE LACK OF ABILITY TO

☐ State or local officials (a § 1983 claim) SELF REPRESENT! COULD NOT STATE CLAIM, TITLE, ETC!

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

✡ RESPECTFULLY REQUESTING, COURT APPOINTED / COURT TO APPOINT, LAWYER ✡

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

✡ RESPECTFULLY REQUESTING, COURT APPOINTED / COURT TO APPOINT, LAWYER ✡

✡

Page 3 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

✡ RESPECTFULLY REQUESTING, COURT APPOINTED /COURT TO APPOINT LAWYER ✡

✡

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☑ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☑ Other *(explain)*   EXTRADITION HAS BEEN SEEKED TO CANADA, BY CANADA.

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

IN /AT, THE INSTITUTION OF NEOCC OF 2240 HUBBARD ROAD, YOUNGTOWN, OHIO, 44505

ON AUGUST. 23. 2016 ACCORDING TO THE, LETTER /STATEMENTS,

BY/OF /FROM, THE SGT. SULLIVAN (THE GRIEVANCE, OFFICER /COORDINATOR).

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

## AUGUST. 23. 2016

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I DON'T HAVE MONEY IN MY ACCOUNT AS I, AM /HAVE BEEN, INDIGENT! AND HAVE NOT BEEN PROVIDED WITH ANY, JOB/POSITION, WITH MY MEDICAL CONDITION, OF CHRONIC LOWER BACK, AND /OR, ANY OTHER ONE(S)! AND THE FACILITY HAS STOPPED MAKING PHOTO COPIES FOR ME! THEREFORE I CANNOT MAKE COPY(S) OF ANY DOCUMENT(S) AND SEND FOR THE COURT, TO SHOW THE, STATEMENT(S) /LETTER, OF THE SGT. SULLIVAN NOT TAKING MY GRIEVANCE(S) BECAUSE THEY WERE WRAPPED IN SELFMADE PAPER TOWEL ENVELOPES, AND NEITHER FACILITY WOULD PROVIDE ANY ENVELOPE FOR ANY PURPOSE BUT TO MAIL OUT IN! AS INDIGENT ENVELOPES! HOWEVER IN THE MONTH OF AUGUST. 2016 I MAILED OUT THE LETTER OF AUG. 23. 2016 OF SGT. SULLIVAN ALONG WITH MY THU-AUG. 25. 2016, 1:38 PM EXPLAINING THAT I HAVE BEEN DEPRIVED OF, MY /THE, GRIEVANCE RIGHTS/PROCEDURES/RIGHTS/ ETC! I WAS ANSWERED BY MADAM DEPUTY CLERK STEPHANIE N. HOVIS THROUGH HER/A, LETTER DATED: AUGUST. 31TH. 2016, SO SHE SHOULD HAVE THE COPIES! WHILE SHE SENT ME BACK MY ORIGINALS.

V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I HAVE NOT BEEN ABLE TO FILE ANY GRIEVANCES EVER SINCE! AS/WHILE, SHE/SGT SULLIVAN, OF GRIEVANCE(S), WOULD NOT/DID NOT, TAKE GRIEVANCE(S) IN THE ENVELOPE(S) THAT WERE DESIGNED FOR MAILS TO BE SENT OUT IN, ON BEHALF OF INDIGENT INMATES! AND THEN EVEN NOT TAKING THEM/MY GRIEVANCES, IN THE ENVELOPES I MADE BY MY HANDS WITH (WITH) PAPER TOWEL(S), ALTHOUGH SCOTCH TAPED AND TACKED AND TIGHT AND NEAT AND SECURED!

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I HAVE BEEN THROUGH AND UNDER A LOT OF REPRESSION(S), OPPRESSION(S), AS SUCH AND ETC, FOR THE PAST EIGHT (8) AND HALF (½) MONTHS DUE TO NOT HAVING BEEN ABLE TO FILE GRIEVANCES, ON/TOWARDS, SEVERAL AND SEVERAL AND ON GOING COMPLAINTS, MATTERS, AS SUCH AND ETC!!! SINCE I HAVE HAD NO FUNDS IN MY ACCOUNT, AND I WAS NOT ABLE TO SEND MY/ THE /ANY, GRIEVANCES IN THE PAPER TOWEL SELF MADE ENVELOPES, AND NOT EVEN IN THE, BROWN/MANILA, INDIGENT ENVELOPES! WHILE THEY WOULD NOT BE ACCEPTED BY THE GRIEVANCE UNIT/DEPARTMENT/ETC!

'(FIVE BILLION DOLLARS)

REQUESTING MONEY DAMAGES OF INCLUDING ONE BILLION DOLLARS FOR THE INHUMANE, ILLIGITIMATELY STRIKING, UNCIVILIZED, BIAS, PARTIAL, MALPRACTIC ING, ABUSING THE POWER(S) POSITION(S) AUTHORITY(S), UNPROFESSIONAL, UNELABORATED, OPRESSING, REPRESSING, ETC, ETC, AND SO ON ACT(S)!!! BEING UNLAWFUL, UNRULLY, UNDISCIPLINED, UNORGANIZED BY ANY MEANS AND STANDARDS, AND REFERENCES AND GUIDELINES, ETC! AND/OR, AT ANY LEVEL, JURIDICTION, ETC.

Page 5 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

NEOCC, 2240 HUBBARD ROAD, YOUNGSTOWN, OHIO, 44505

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☀ PLEASE → REFER TO THE IV.D. AND V.
AND VI. OF THE/THIS
COMPLAINT FORM.

☐ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☀ PLEASE → REFER TO THE IV.D. AND V.
AND VI. OF THE/THIS
COMPLAINT FORM.

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint? ☆ PLEASE → REFER TO THE IV. D. AND V. AND VI. OF THE/THIS COMPLAINT FORM.

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility? ☆ PLEASE → REFER TO THE IV. D. AND V. AND VI. OF THE/THIS COMPLAINT FORM.

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? ☆ PLEASE → REFER TO THE IV.D. AND V. AND VI. OF THE/THIS COMPLAINT FORM.

2. What did you claim in your grievance?

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

*✡ PLEASE → REFER TO THE IV. D. AND V. AND VI. OF THE/THIS COMPLAINT FORM.*

    1.    If there are any reasons why you did not file a grievance, state them here:

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.  *✡ PLEASE → REFER TO THE IV. D. AND V. AND VI. OF THE/THIS COMPLAINT FORM.*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

*✡ PLEASE → REFER TO THE II. A. + II. B. + II. C. + II. D. OF THE /THIS COMPLAINT FORM.*

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*WITH RESPECTS AND APOLOGIES FOR ANY INCONVINIENCE(S) OF ANY NATURE(S)! I AM INDIGENT INMATE! THE COPY(S) COST TEN (10) CENTS PER PAGE HERE! AND, THEY /NEOCC /NEOCC ASSOCIATES, STOPPED MAKING COPY(S) FOR ME! THEY STOPPED PROVIDING ME WITH THE CREDITS TOWARDS COPY SERVICE AS, THEY /NEOCC, DID! WHILE I USED TO SIGN THE AMOUNT OF MY BILL UPON, MADE BY /RECIEVED, BY, ME /INDIGENT INMATE, COPY(S), TO PAY/- NEOCC TO BE PAID AT, THE /ANY, LATER TIME! SO I HAVE NO WAY OF ATTACHING ANY COPY(S) !!!*

Page 8 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

✡ PLEASE → REFER TO THE II A. + II.B. + II.C. AND II.D. OF THE/THIS COMPLAINT FORM.

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

✡ PLEASE → REFER TO THE CASE NO. 16 CV 6403 ! AT THE

1.  Parties to the previous lawsuit  NEW YORK WESTERN DISTRICT U.S. COURTS !

    Plaintiff(s)

    Defendant(s)

2.  Court *(if federal court, name the district; if state court, name the county and State)*

3.  Docket or index number

4.  Name of Judge assigned to your case

5.  Approximate date of filing lawsuit

6.  Is the case still pending?  IT HAS BEEN REQUESTED AND IS IT IS BEING LOOK AT, TO BE, BROUGHT BACK TO LIFE!!!

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    ✡ PLEASE → REFER TO THE CASE NO. 16 CV 6403 ! AT THE NEW YORK WESTERN DISTRICT U.S. COURT(s)/

Page 10 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    TUE- MAY.09.2017 (☆PLEASE → DO NOT FILE BEFORE THE COURT HAS APPOINTED LAWYER.)

Signature of Plaintiff    TUE -MY.09.2017, 12:48PM MOSHIR, Ali

Printed Name of Plaintiff    MOSHIR, ALI (MOSHIR, ALI / ALI MOSHIR)

Prison Identification #    UNITED STATES MARSHAL SERVICE #: 26897055

Prison Address    NEOCC, 2240 HUBBARD ROAD
YOUNGSTOWN        OHIO        44505
City            State        Zip Code

### B.    For Attorneys

☆ RESPECTFULLY
☆ THE PLAINTIFF, HAS REQUESTED / IS REQUESTING, TO BE ASSIGNED A COURT APPOINTED ATTORNEY ☆

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____    _____    _____
City            State        Zip Code

Telephone Number    _____

E-mail Address    _____