

"GREETINGS"
THU-SEP.28.2017
7:47 PM

4:17CV1548 4:17CV1545 #11
1480
1480 #10
1481 #12
1490 #7
1491 #4

2057 #1
4:17CV1317-JRA

(PAGE) 1 OF 1

FILED
17 OCT 10 PM 3:28

☆ RESPECTFULLY ☆

DEAR WESTERN DISTRICT OF NEW YORK U...F OFFICE!
AND DEAR NORTHERN DISTRICT OF OHIO U.S.COURTS
(NDOH) U.S.COURT CLERK OFFICE! AND/OR, THE PRO SE -
LAW CLERK OFFICE(s)! OF SUCH SAID NYWD AND OHND
U.S.COURTS!

HEREIN I (ALI. MOSHIR) OF THE UNITED STATES MARSHAL -
SERVICE NUMBER:26897055 WITH THE CURRENT MAILING.
ADDRESS OF: NEOCC,2240 HUBBARD ROAD
YOUNGSTOWN,OHIO,44505

THAT HAVE GOT CIVIL CASES FILED AT THE, NYWD AND, AND OH U.S.COURT
AM SEEKING TO BE ADVISED OF THE PROCEDURE AND
PETITION,ETC,TO HAVE THE FILED CIVIL CASES AS WELL AS ANY TO BE
FILED CIVIL,ETC CASES → STAYED AND/OR NOT
TRIED,ETC UNTIL JANUARY.2022 ! (AS POSTPONED,ETC)!

· ANTICIPATING THE COURT(s) FOLLOW UP(s) &FEED BACK(s

RESPECTS,
REGARDS...
BESTS.

THU-SEP.28.2017
MOSHIR, ALi

RECEIVED
10/10/17

Motion DENIED. No stay will be
entered in 4:17 cv 1317.

/s/ John R. Adams
U.S. District Judge
11/14/17